John Duran
Rosemary Duran
1279 West Henderson Avenue, PMB 236
Porterville, California 93257

FILED

MAY 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Plaintiff/s Pro Se

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Duran and Rosemary Duran, | CASE NUMBER: |
| Plaintiff/s | *1:17cv 00738 DAD SAB* |
| VS. | FRAUD COMPLAINT |
| AT&T (a Corporation and Globe Conglomerate) DIRECT TV (a Corporation) | |
| Defendant/s, et al. | |

COMES NOW, the Plaintiff/s John Duran and Rosemary Duran and

allege and complain as follows:

### FIRST CAUSE OF ACTION FOR FRAUD

1. Plaintiff/s were and at all times mentioned herein were/are individuals

who reside in the County of Tulare, State of California and in the

1.

United States.

2. Defendant/s are conducting business and are engaged in commerce in Tulare County, State of California, and in the United States.

3. The allegations before the court were performed in the State of California, a Corporation, and within the territory of the United States, therefore, giving the court proper venue for any action arising from this complaint.

4. The Defendant/s engaged in the commission of fraud, knowingly and with deception in order to perform a sale of their services.

### SECOND CAUSE OF ACTION

5. AT&T is currently billing the Plaintiff/s the amount of $480.00 for an alleged early cancellation of services when their was no Agreement of Contract established. Both Defendant/s have agreed to wavier the "so call cancellation fees" associated with their mistake and misleading advertisement.

6. Direct TV is currently billing the Plaintiff/s for the same amounts of monies for the alleged early cancellation, knowingly well, that there was no Agreement or Contract signed or agreed upon.

7. AT&T and Direct TV are deceiving and attempting to confuse the

2.

Plaintiff/s with their tactics of manipulating the contact and phone conversations. Previous cases against the Defendant/s of their deceptive and misleading advertising practices.

SUMMARY OF ALLEGATIONS

8. On or about January 25, 2017 the Plaintiff/s contacted AT&T with the interest of switching and obtaining services by AT&T, in response to an circular advertisement. Communication took place via mobile phone. It was acknowledged that AT&T would provide Television services via their new partner Direct-TV, for the amount of $80.00 per month plus taxes for two years, a monthly charge of $50.00 for wireless TV and an additional $30.00 for internet and WI-FI service from AT&T. My spouse specifically inquired if we were entering into an Agreement or Contract with either of the providers, and they said NO. We communicated for approximately two hours providing the information that they were requesting. The AT&T representative said that Direct TV would install their services on Friday, January 27, 2017 and this was successfully accomplished. We asked the technician when our internet service and WI-FI would be installed and as to what date could we cancel our previous provider.

3.

The technician responded that if we didn't mind waiting until 6th of February that we could cancel immediately after Direct TV service were installed. We cancelled our service with our previous provider the same date.  AT&T failed to arrive on February 6, 2017, they postponed installation until February 14, 2017, and again failed to arrived. We had made several changes to our schedules in order to be at home for the installers.  We made several calls to AT&T  and our calls were always transferred to representatives in the Phillippines. We spent up to approximately 12 hours trying to communicate with the Phillippines representatives. The last proposal for installation date that AT&T was schedule for March 28, 2017 we cancelled the service all together on March 14, 2017, after learning that AT&T would not be able to install until March 28, 2017 Prior to several scheduling appointment AT&T made several promises that we would be receiving two $100 Reward Visa Cards for all the trouble and inconvenience they had caused. As a result of all this confusion on behalf of AT&T we were subject to emotional damages due to the frustration of their deceiving, manipulating and fraudulent tactics. For this same reason it is felt that AT&T intentionally and knowingly

4.

attempted to confuse and deceive the customer into a stage of obligation to retain their poor services. It was later learn that AT&T didn't have a active tower in the area to even deliver the services, but kept on insisting that they were going to install Internet and WI-FI service. The entire experience was base on fraud and deception on behalf of AT&T.  AT&T made several promises that they knew could not be provided and were deceptive in their sales.

## CONCLUSION and PRAYER

A Notice of Intend was sent to AT&T Headquarters via Certified Mail and Verbal Notice was given to Direct TV representatives. The Plaintiff/s are demanding the sum to $100,000.00 in damages, plus court cost if any, and award for any other damages the court may order.  AT&T has a history of deceiving it's customers and have now partner with Direct TV to continue the deception, deceiving and confusion in their operations. The Plaintiff/s further pray that the court shall order the Defendant/s to siege any collection attempts or reporting to any credit reporting agency until the matter is adjudicated.

John Duran
Plaintiff Pro se

Date:     May 24, 2017

Rosemary Duran
Plaintiff Pro se

Date:     May 24, 2017

6.

## PROOF OF SERVICE

I John Duran and Rosemary Duran declare that we are Parties of Interest in this matter. Our Mailing Address is 1279 West Henderson Avenue, PMB 236, Porterville, California, 93257 County of Tulare, State of California. We are over the age of 18 years of age.

On May 25, 2017 the following document COMPLAINT FOR FRAUD were mailed and sent United States Certified Mail for delivery to the parties listed below with postage fully paid:

U. S. Postal Service CERTIFIED MAIL RECEIPT
NO: 70162710000019574640

AT&T Headquarters
Legal Department
208 S. Akard Street
Dallas, TX 75202

U. S. Postal Service CERTIFIED MAIL RECEIPT
NO: 70162710000019574633

DIRECT TV
P. O. Box 6550
Greenwood Village, CO 80155-6550

John Duran


Rosemary Duran

## PROOF OF SERVICE

John Duran and Rosemary Duran are Parties of Interest in the aforesaid Action.  Plaintiff/s are both over the age of 18. Plaintiff/s mailing address Is 1279 West Henderson Avenue, PMB 236, Porterville, California 93257, Tulare County

On May 25, 2017 Plaintiff/s mailed a COMPLAINT FOR FRAUD, by placing same in a brown envelope with postage fully paid addressed to the Clerk of the Court, United States District Court Eastern District of California, 2500 Tulare Street, Room 1501, Fresno, California 93721 for filing.

John Duran

Rosemary Duran