# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, et al., | Case No. 1:17-cv-00738-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |
| v. | |
| AT&T, et al., | (ECF No. 2) |
| Defendants. | FOURTEEN DAY DEADLINE |

On May 30, 2017, Plaintiffs John Duran and Rosemary Duran filed a complaint in this action and a motion to proceed in forma pauperis. Plaintiffs did not complete an application to proceed without prepayment of fees, and did not include any information by which the Court can determine if they are entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff John Duran and Plaintiff Rosemary Duran with an application to proceed in forma pauperis;

2. Within fourteen (14) days from the date of service of this order, each plaintiff shall file an application to proceed in forma pauperis, completed and signed, or in the alternative, Plaintiffs may pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **June 1, 2017**

_____
UNITED STATES MAGISTRATE JUDGE