# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00738-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE LONG FORM APPLICATION<br><br>(ECF Nos. 2, 4, 5)<br><br>TWENTY DAY DEADLINE |

    Plaintiffs John Duran and Rosemary Duran ("Plaintiff"), appearing pro se in this action, filed a complaint May 30, 2017. (ECF No. 1.) Plaintiffs did not pay the filing fee in this action and instead filed a motion to proceed in forma pauperis. Plaintiffs did not provide any information by which the Court could determine if they were entitled to proceed in forma pauperis so an order issued requiring Plaintiffs to file an application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

    On June 9, 2017, Plaintiffs filed separate applications to proceed in forma pauperis. The 2017 Poverty Guidelines for the 48 contiguous states for a household of two is $16,240.00. 2017 Poverty Guidelines, located at https://aspe.hhs.gov/poverty-guidelines (last visited June 13, 2017). Based upon the applications filed, it appears that Plaintiffs are well above the poverty level with a household income in excess of $3,000.00 per month, which would place their household income above $36,000.00 per year. Further, John Duran's application states that he

1

contributes the majority of his income for the support of his spouse.

Accordingly, the Court will order Plaintiffs to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiffs are unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to each plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiffs shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiffs fail to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **June 13, 2017**

UNITED STATES MAGISTRATE JUDGE